**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

IN RE:
WALMER, RUSSELL A

                    Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 07-71113 MB

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-3577

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

          At:    U.S. BANKRUPTCY COURT
                 211 South Court Street, Room 220
                 Rockford, IL  61101

          on:    **NOVEMBER 5, 2007**
          at:    1:00 PM

2.      The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | | 20.72 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | 992.25 | |
| BERNARD J. NATALE<br>Trustee | $  0.00 | 875.96 | |

4.      The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 3,503.85 |
| b. Disbursements | $ | 0.00 |
| c. Net Cash Available for Distribution | $ | 3,503.85 |

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,614.92, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $19,233.70, resulting in an approximate distribution of 8.40% to unsecured creditors, plus interest.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE: October 2, 2007                For the Court,


                                     By:/s/  BERNARD J NATALE

                                     Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 0752-3          User: cshabez          Page 1 of 1           Date Rcvd: Oct 16, 2007
Case: 07-71113               Form ID: pdf002          Total Served: 19


The following entities were served by first class mail on Oct 18, 2007.
db          +Russell A Walmer,    615 Gardner Street,    South Beloit, IL 61080-1330
aty         +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11350642    +AMERICAN T.V./WFNNB,    P.O. Box 182782,    Columbus, OH 43218-2782
11350643     BANK OF AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
11350644     CARDMEMBER SERVICE/CHASE,    P.O. Box 15298,    Wilmington, DE 19850-5298
11350645    +CONSECO,    Attn: Bankruptcy Department,    7360 South Kyrene, Bldg. 3,    Tempe, AZ 85283-8432
11350646    +FIRST NATIONAL BANK OF BELOIT,    345 E. Grand,    Beloit, WI 53511-6226
11350647    +GMAC MORTGAGE CORPORATION,    Attn: Customer Service,    P.O. Box 780,    Waterloo, IA 50704-0780
11350648    +J.C. PENNEY,    P.O. Box 981403,    El Paso, TX 79998-1403
11350649     K'S MERCHANDISE,    P.O. Box 981127,    El Paso, TX 79998-1127
11350650    +Lori Walmer,    P.O. Box 46,    Roscoe, IL 61073-0046
11350651    +MENARD'S,    c/o Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
11350652     SEARS GOLD MASTERCARD,    P.O. Box 6922,    The Lakes, NV 88901-6922
11350653    +STATE COLLECTION SERVICES,    P.O. Box 6250,    Madison, WI 53716-0250
11350654    +VIKING COLLECTION SERVICE, INC.,    P.O. Box 59207,    Minneapolis, MN 55459-0207
11475085     World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,
              Seattle, WA 98124-3978


The following entities were served by electronic transmission on Oct 17, 2007.
11350641    +E-mail/PDF: recoverybankruptcy@afninet.com Oct 17 2007 04:25:37      AFNI,    P.O. Box 3427,
              Bloomington, IL 61702-3427
11350643     E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 17 2007 04:21:21      BANK OF AMERICA,
              P.O. Box 15026,    Wilmington, DE 19850-5026
11618508     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                        TOTAL: 3


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
                                                                                 TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**              **Signature:** _Joseph Speetjens_